PER CURIAM.
 

 Brian Elvis Rigby files an emergency petition for writ of habeas corpus after the trial court denied bond without considei’ing the applicable standards. The State files a limited concession that neither the arrest warrant, nor the order of probable cause determination explain the denial of bond. Rigby has been charged with a second degree felony, which is neither a capital offense nor a life felony. By all accounts, the requirements of Florida Rule of Criminal Procedure 3.131 have not been met. As such, we grant the petition
 
 and remand
 
 the case to the trial court for purposes of holding a hearing forthwith to consider the Petitioner’s request to set bond.
 
 See Vailbailon v. Bradshaw,
 
 971 So.2d 289 (Fla. 4th DCA 2008).
 

 PETITION GRANTED and REMANDED WITH INSTRUCTIONS.
 

 ORFINGER, TORPY and COHEN, JJ. concur.